SERCARZ & RIOPELLE, LLP

CARNEGIE HALL TOWER
152 WEST 57TH STREET, 24TH FLOOR
NEW YORK, NEW YORK 10019

1-212-586-4900
FACSIMILE 1-212-586-1234
www.sercarzandriopelle.com

ROLAND G. RIOPELLE
MAURICE H. SERCARZ*
DIANE FERRONE
*ADMITTED IN NY & NJ


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE: 7-1-13

June 27, 2013

BY EMAIL

Hon. Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Rm. 735
New York, NY 10007

Re: <u>United States v. Berton M. Hochfeld</u>,
13 Cr. 21 (PAC)

Dear Judge Crotty:

    I write to Your Honor to request a modification of the Defendant's bail in the above-referenced matter, to permit him to travel to Wellesley, Massachusetts on July 4, and returning home that night. Mr. Hochfeld wishes to take this trip in order to visit his friend, Steven James, for the July 4th Holiday. Mr. Hochfeld will spend the day with Mr. James at Mr. James' home, and plans to return home late in the evening of July 4. I have spoken to AUSA Jillian Berman about this request, and she has no objection to it. The reasons for the application are as follows.

    For the Court's information, the above-referenced defendant has been released on bail without incident since November 9, 2013. He has, on four prior occasions, traveled to the Boston area with the permission of the Court, both to attend analyst/investor conferences, and to see Mr. James and other friends. He has always returned home when required to do so.

    As noted above, the US Attorney's Office has any objection to this travel request.

1

SERCARZ & RIOPELLE, LLP

Therefore, I respectfully request that the Court authorize Mr. Hochfeld to travel as described in this letter, with the consent of the government. If the Court is willing to grant this application, it may do so by executing this letter at the signature line provided below.

Respectfully submitted,

Roland G. Riopelle

Cc: AUSA Jillian Berman (By Fax and email)
USPO Joseph Zampano (By email)

The defendant Berton Hochfeld having made a request to travel to the home of Steven James in Wellesley, Massachusetts on July 4, 2013, and the government having consented to this request, and good cause appearing to grant the request,

IT IS ORDERED, that the conditions of the defendant's bail be modified to permit him to travel to the home of Steven James on July 4, 2013, and that he return to his home in the District of Connecticut in the evening of July 4, 2013.

SO ORDERED: 7-1-13

HON. PAUL A. CROTTY
U. S. D. J.

2